UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KARL J. MALCHOW,

    Plaintiff,                                            Case No. 17-cv-00388

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**ORDER**

This matter coming before the court on an agreed stipulation, and the court being fully informed, IT IS ORDERED:

The Commissioner's decision is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On judicial remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to offer Plaintiff an opportunity for a hearing and issue a new decision that proceeds through the sequential evaluation process and reevaluates Plaintiff's residual functional capacity.

Dated at Green Bay, Wisconsin, this 11th day of September, 2017.

                                                      BY THE COURT:

                                                      s/ William C. Griesbach
                                                      WILLIAM C. GRIESBACH, Chief Judge
                                                      United States District Court - WIED